IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Scott N. Johnson,                    )
                                     )   2:10-cv-01956-GEB-KJN
          Plaintiff,                 )
                                     )
     v.                              )   ORDER OF DISMISSAL
                                     )
Wright & Hansen, Inc.,               )
Individually and d/b/a Rojo's        )
Tavern; Joyce Silva Pederson,        )
Individually and d/b/a Lakeside      )
Napa Auto Parts; Robert C.           )
Pederson, Individually and           )
d/b/a Lakeside Napa Auto Parts;      )
Steve K. Madsen, Individually        )
and d/b/a Steve's Deli; Artin,       )
Inc., Individually and d/b/a         )
Neik Market; Manuel Zepeda,          )
                                     )
          Defendants.                )
_____      )
```

Plaintiff filed a Notice of Settlement on November 26, 2010, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 10.) Therefore, an "Order Re Settlement and Disposition" was filed on December 1, 2010, which directed the parties to file a dispositional document no later than December 27, 2010. (ECF No. 12.) The December 27, 2010 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

1

Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge